FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN -5 PM 1:31

LORETTA G. WHYTE
CLERK

United State District Court

Eastern District of Louisiana

Tyrone A. McCallon

VS.

Gretna Police Dept.

07-3132

SECT. R MAG. 2

Complaint

Jurisdiction

City of Gretna, Parish of Jefferson

Incident Occurred on June 7, 2006

Fee $350
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No ___

TYRONE A. MCCALLON

ON JUNE 07, 2006

## PARTIES

TYRONE A. MCCALLON - TWO MALE CAUCASION OFFICERS AND ONE FEMALE CAUCASION OFFICER. ONE OF WHOSE BADGE NUMBER IS 131

## COMPLAINT

I AM LEGALLY DISABLED, AND I WAS HANDCUFFED HANDS BEHIND MY BACK THROWN DOWN AND BEATEN. THE FEMALE OFFICER HAD TO TURN HER

HEAD. SHE LEFT AND WENT OUTSIDE, AND WOULDN'T LET MY FIANCE IN. ALSO ONE OF THE OFFICERS WAS INVOLVED IN THE 2001 ORDEAL SAYING. HE DIDN'T WANT TO BEAT ME. HE WANT TO KILL ME.

DEMAND

THAT I AM COMPENSATED FOR THE WRONGFUL ARREST AND BRUTALITY OF THE POLICE OFFICERS. DOCTOR BILLS - STRESS

BEING DRAGGED IN AND OUT OF COURT NUMEROUS TIMES.

DATE: JUNE 01, 07

*Tyrone A. McCallon*
TYRONE A. MCCALLON

1501 NEWTON ST. #A

GRETNA LA 70053

504-367-1326   cell 615-0083

Subj: **Multimedia message**
Date: 10/10/2006 6:45:02 PM Central Daylight Time
From: 5046150083@mms.mycingular.com
To: adukesiii@aol.com
*Sent from the Internet (Details)*



Subj: **Multimedia message**
Date: 10/10/2006 6:42:53 PM Central Daylight Time
From: 5046150083@mms.mycingular.com
To: adukesiii@aol.com
Sent from the Internet (Details)

